UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIAM P. PARKS,**

   **Plaintiff,**

**v.**           **Case No.  6:22-cv-125-CEM-EJK**

**COMMISSIONER OF SOCIAL
SECURITY,**

   **Defendant.**
_____/

**ORDER**

 THIS CAUSE is before the Court on Plaintiff's Amended Unopposed Motion for Attorney's Fees (Doc. 30). The United States Magistrate Judge issued a Report and Recommendation (Doc. 32), recommending that the Motion be granted, (*id.* at 1, 4)..

 After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

  1. The Report and Recommendation (Doc. 32) is **ADOPTED** and made a part of this Order.

2. The Plaintiff's Amended Unopposed Motion for Attorney's Fees (Doc. 30) is **GRANTED**.

3. Counsel is **AUTHORIZED** to charge and collect from Plaintiff the sum of $45,449.67 in § 406(b) fees.

**DONE** and **ORDERED** in Orlando, Florida on October 21, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record